# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

      v.

ZAKIERNULLAH TALASH

Magistrate No.   21-1248   

     The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

     IT IS on this    6th    day of    December   , 2021

     ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

                /s/ Matthew J. Skahill
                HONORABLE MATTHEW J. SKAHILL
                UNITED STATES MAGISTRATE JUDGE